JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENESSA H. GALLARZO,<br><br>            Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. CV 20-9296-JGB (JPR)<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Order Dismissing Action for Failure to Prosecute, it is hereby ADJUDGED that this action is dismissed without prejudice.

DATED: January 25, 2022

JESUS G. BERNAL
U.S. DISTRICT JUDGE