**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VENESSA H.G., | ) No. CV 20-9296-JGB (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) |
| KILOLO KIJAKAZI, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Administrative Record, Motion for Judgment on the Pleadings, Cross-Motion for Judgment, Magistrate Judge's Report and Recommendation, Objections to the R. & R., Reply to the Objections, and other records on file herein. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Plaintiff's Motion for Judgment on the Pleadings is denied.
2. Defendant's Cross-Motion for Judgment is granted.
3. Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: November 29, 2022

JESUS G. BERNAL
U.S. DISTRICT JUDGE