LU/8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENESSA H. GALLARZO,<br><br>               Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 20-9296-JGB (JPR)<br><br>**J U D G M E N T** |

    For the reasons set forth in the accompanying Order Accepting Magistrate Judge's Report and Recommendation, it is ADJUDGED THAT (1) Plaintiff's Motion for Judgment on the Pleadings is DENIED; (2) Defendant's Cross-Motion for Judgment is GRANTED; and (3) judgment is entered in the Acting Commissioner's favor.

DATED: November 29, 2022

                                    JESUS G. BERNAL
                                    U.S. DISTRICT JUDGE